**Raymond W. CARTER, Plaintiff—Appellant,**

v.

**Warden WHITE; Joe Anthony Brown; Alewine, Doctor; Medical Department, at Broad River Correctional Institution, in their individual and official capacity, Defendants—Appellees.**

No. 08–8507.

United States Court of Appeals, Fourth Circuit.

Submitted: Aug. 12, 2009.

Decided: Aug. 20, 2009.

Raymond W. Carter, Appellant Pro Se. James E. Parham, Jr., Irmo, South Carolina, for Appellee.

Before KING and AGEE, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Raymond W. Carter appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Carter v. White,* No. 6:07–cv–

03481–GRA, 2008 WL 4861648 (D.S.C. Nov. 11, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*